NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL L. FOX,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7071

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3797, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Michael L. Fox's moves for a 15-day extension of time to file his brief.

The court notes that Fox has not paid the court's docketing fee. This appeal shall be dismissed if Fox does not pay the fee within 21 days from the date of filing of this order. If Fox is unable to pay the fee he can submit a motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) This appeal shall be dismissed if Fox does not pay the court's docketing fee or file a motion for leave to proceed in forma pauperis within 21 days from the date of filing of this order.


FOR THE COURT


MAY 2 6 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk


cc:  Michael L. Fox (IFP form enclosed)
     Karen Goff, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 6 2010

JAN HORBALY
CLERK